UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
NAYEEM MEHTAB CHOWDHURY,             :
                                     :
                     Plaintiff,      :   **VERDICT FORM**
        - against -                  :
                                     :   CV-08-1659 (BMC)
WOLDTEL BANGLADESH HOLDING,          :
LTD., and AMJAD HOSSAIN KHAN,        :
                                     :
                     Defendants.     :
-------------------------------------------------------- X

1. Did plaintiff prove by a preponderance of the evidence that defendant Khan is liable for torture?

    YES __X__           NO _____

2. Did plaintiff prove by a preponderance of the evidence that defendant Worldtel Bangladesh Holding, Ltd. is liable for torture?

    YES __X__           NO ~~____~~

3. If your answer to either Question 1 and/or Question 2 is "YES," what is the total amount you find in compensatory damages? $1.5 million

4. If your answer to Question 1 is "YES," did plaintiff prove by a preponderance of the evidence that punitive damages should be awarded against defendant Khan?

    YES __X__           NO _____

5. If your answer to Question 4 is "YES," what is the total amount you find in punitive damages against defendant Khan? $250,000

6. If your answer to Question 2 is "YES," did plaintiff prove by a preponderance of the evidence that punitive damages should be awarded against defendant Worldtel Bangladesh Holding, Ltd.?

    YES _____          NO __X__

**COURT EXHIBIT**

2
CV-08-1659

7. If your answer to Question 6 is "YES," what is the total amount you find in punitive damages against defendant Worldtel Bangladesh Holding, Ltd.? _____

We, the Jury duly empanelled and sworn in the above-entitled action, upon our oaths, do find the above verdict.

_____
Foreperson

Dated: Brooklyn, New York
       August  4 , 2009