J. Eric Charlton
HISCOCK & BARCLAY, LLP
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Telephone:  (315) 425-2716
Facsimile:  (315) 425-8576
E-Mail:  echarlton@hblaw.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**NAYEEM MEHTAB CHOWDHURY,**

      *Plaintiff*,

  -*vs*-

**WORLDTEL BANGLADESH HOLDING, LTD.,** and **AMJAD HOSSAIN KHAN,**

      *Defendants*.

**NOTICE OF APPEAL**

Civil Action No.
08-cv-1659 (BMC/MDG)

**PLEASE TAKE NOTICE:**

WorldTel Bangladesh Holding, Ltd., and Amjad Hossain Khan, defendants in the above-named action, hereby appeal to the United States Court of Appeals for the Second Circuit from the final Judgment entered in favor of the plaintiff on August 6, 2009, and the Order denying Defendants' post-trial motion for judgment as a matter of law or, in the alternative, for a new trial, entered in this action on September 16, 2009.

SYLIB01\718775\1

- 2 -

| | |
|---|---|
| **DATED:**  October 16, 2009 | **HISCOCK & BARCLAY, LLP** |

By: <u>    *s/J. Eric Charlton*          </u>
        J. Eric Charlton (JC–0878)

*Attorneys for Defendants*
*WorldTel Bangladesh Holding, Ltd., and*
*Amjad Hossain Khan*
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Telephone:    (315) 425-2716
Facsimile:    (315) 425-8576
E-Mail:  echarlton@hblaw.com